# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **ANTONIO LARON COLLINS** | ) Case No: CR-06-00030-001-JHP |
| | ) USM No: 04507-063 |
| Date of Original Judgment: January 30, 2007 | ) |
| Date of Previous Amended Judgment: August 1, 2008 | ) Pro se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __110__ months **is reduced to** __60 months on Count 1__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated January 30, 2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/23/2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*

JAMES H. PAYNE, UNITED STATES DISTRICT JUDGE
*Printed name and title*